LOUIS SHAPIRO, INC., Respondent, v. COLONNA HOLDING CORPORATION and

CENTURY INDEMNITY COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.